# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Ivan Sanchez | § | Case No. 14-38900 |
| Zaira M Rodriguez | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/27/2014 .   The undersigned trustee was appointed on  10/27/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of            $            15,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 500.00 |
| Bank service fees | 150.08 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]             $ | 14,349.92 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  06/03/2015  and the deadline for filing governmental claims was  06/03/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,250.00 , for a total compensation of $ 2,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 3.92 , for total expenses of $ 3.92 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/31/2018                         By:/s/Joji Takada, Chapter 7 Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 14-38900   Doc 38   Filed 02/10/18   Entered 02/10/18 16:57:02   Desc Main
Document   Page 3 of 11

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 14-38900 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|

| Case Name: | Ivan Sanchez | Date Filed (f) or Converted (c): | 10/27/2014 (f) |
|---|---|---|---|
| | Zaira M Rodriguez | 341(a) Meeting Date: | 11/17/2014 |
| For Period Ending: | 01/31/2018 | Claims Bar Date: | 06/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  25223 Blakely Dr, Plainfield, Il 60585-6753 | 267,000.00 | 26,678.00 | | 15,000.00 | FA |
| 2.  Chase Checking Account | 800.00 | 800.00 | | 0.00 | FA |
| 3.  Furniture And Household Goods | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 4.  Debtors Personal Clothing | 600.00 | 600.00 | | 0.00 | FA |
| 5.  2014 Tax Refund Estimated | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 6.  1998 Pontiac Trans Sport-V6 200,000 Miles | 500.00 | 500.00 | | 0.00 | FA |
| 7.  2000 Lexus Lx470-V8 140,000 Miles | 4,000.00 | 4,000.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $277,600.00 | $37,278.00 | | $15,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Consulting with real estate broker re possible equity in debtor's homestead; Object to exemption based on ownership in debtor only - Joji Takada 2/5/2015

Retained broker to list real estate. - Joji Takada 6/5/2015

Compromise with Debtor re: interest in real estate. - Joji Takada 8/15/2015

Received last installment payment; Consulting with accountant re: tax return. - Joji Takada 12/22/2015

Accountant hired; Tax returns in process. - Joji Takada 7/27/2016

Tax returns in process. - Joji Takada 10/7/2016

Resolving tax issues. - Joji Takada 3/15/2017

Resolving tax issues. - Joji Takada 6/25/2017

Prepare TFR and distribution. - Joji Takada 9/28/2017

TFR prepared; UST review. - Joji Takada 12/15/2017

Initial Projected Date of Final Report (TFR): 10/27/2016     Current Projected Date of Final Report (TFR): 12/30/2017

Case 14-38900     Doc 38     Filed 02/10/18     Entered 02/10/18 16:57:02     Desc Main
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2
Document Page 4 of 11

| Case No: | 14-38900 | | Trustee Name: | Joji Takada, Chapter 7 Trustee | Exhibit B |
|---|---|---|---|---|---|
| Case Name: | Ivan Sanchez | | Bank Name: | Associated Bank | |
| | Zaira M Rodriguez | | Account Number/CD#: | XXXXXX0072 | |
| | | | | Checking | |
| Taxpayer ID No: | XX-XXX9719 | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/31/2018 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/15 | 1 | Ivan Sanchez | Installment payment re compromise of primary residence | 1110-000 | $8,000.00 | | $8,000.00 |
| 07/17/15 | 1001 | Northside Realty 4753 N Spaulding Ave Chicago, IL 60625 Attn: Saima Causevic | Payment to trustee professional Appraisal fee for real estate broker | 3510-000 | | $500.00 | $7,500.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,490.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.14 | $7,478.86 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.76 | $7,468.10 |
| 10/26/15 | 1 | Ivan Sanchez | Settlement payment Final payment re compromise of primary residence | 1110-000 | $7,000.00 | | $14,468.10 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.12 | $14,454.98 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.79 | $14,434.19 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.46 | $14,412.73 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.43 | $14,391.30 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.01 | $14,371.29 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.37 | $14,349.92 |

| | COLUMN TOTALS | $15,000.00 | $650.08 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $15,000.00 | $650.08 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Page Subtotals: | $15,000.00 | $650.08 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals:                    $0.00           $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0072 - Checking | $15,000.00 | $650.08 | $14,349.92 |
| | $15,000.00 | $650.08 | $14,349.92 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |

Page Subtotals:              $0.00        $0.00

Exhibit C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 14-38900
Debtor Name: Ivan Sanchez
Claims Bar Date: 6/3/2015

Date: February 1, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $2,250.00 | $2,250.00 |
| 100 2200 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $3.92 | $3.92 |
| 100 3410 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Administrative | | $0.00 | $841.25 | $841.25 |
| 100 3510 | Northside Realty 4753 N Spaulding Ave Chicago, IL 60625 Attn: Saima Causevic | Administrative | | $0.00 | $0.00 | $500.00 |
| 1 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,223.54 | $1,223.54 |
| 2 300 7100 | Cach, Llc 4340 S. Monaco Street 2Nd Floor Denver, Co 80237 | Unsecured | | $0.00 | $1,648.48 | $1,648.48 |
| 3 300 7100 | Fsb American Express Bank American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,091.62 | $2,091.62 |
| 4 300 7100 | American Infosource Lp As Agent For Asset Acceptance As Assignee Of Fifth Third Bank Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $5,938.37 | $5,938.37 |
| 5 300 7100 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (Sears) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $1,497.30 | $1,497.30 |
| | Case Totals | | | $0.00 | $15,494.48 | $15,994.48 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-38900                                                                                    Date: February 1, 2018
Debtor Name: Ivan Sanchez
Claims Bar Date: 6/3/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-38900
Case Name: Ivan Sanchez
        Zaira M Rodriguez
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                    $        14,349.92

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: Joji Takada | $ 3.92 | $ 0.00 | $ 3.92 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 841.25 | $ 0.00 | $ 841.25 |
| Other: Northside Realty | $ 500.00 | $ 500.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        3,095.17

Remaining Balance                                    $        11,254.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,399.31  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 90.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 1,223.54 | $ 0.00 | $ 1,110.60 |
| 2 | Cach, Llc | $ 1,648.48 | $ 0.00 | $ 1,496.31 |
| 3 | Fsb American Express Bank | $ 2,091.62 | $ 0.00 | $ 1,898.55 |
| 4 | American Infosource Lp As Agent For | $ 5,938.37 | $ 0.00 | $ 5,390.21 |
| 5 | Portfolio Recovery Associates, Llc | $ 1,497.30 | $ 0.00 | $ 1,359.08 |

Total to be paid to timely general unsecured creditors $_____ 11,254.75

Remaining Balance $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE