UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 14-38900 |
|---|---|---|
| Ivan Sanchez | ) | Chapter: 7 |
| Zaira M Rodriguez | ) | Honorable Pamela S. Hollis |
| Debtor(s) | ) | |

## ORDER AWARDING FIRST AND FINAL APPLICATON OF CALLERO & CALLERO LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of Callero and Callero, LLP notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that Callero & Callero LLP's compensation and expenses are allowed as follows:

1. Compensation $ 802.50
2. Expenses $ 0.00

TOTAL $ 802.50

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: March 16, 2018

**Prepared by:**

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Business (773) 790-4888
FAX (773) 913-8800