UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Ivan Sanchez | § | Case No. 14-38900 |
| Zaira M Rodriguez | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee         , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 10,600.00                 Assets Exempt: 15,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 11,293.50         Claims Discharged
                                                     Without Payment: 1,105.81

Total Expenses of Administration: 3,706.50

3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,206.50 | 3,706.50 | 3,706.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 12,399.31 | 12,399.31 | 11,293.50 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 15,605.81 | $ 16,105.81 | $ 15,000.00 |

    4)  This case was originally filed under chapter 7 on  10/27/2014 .  The case was pending for 44 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/08/2018               By:/s/Joji Takada, Chapter 7 Trustee
                                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25223 Blakely Dr, Plainfield, Il 60585-6753 | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| Joji Takada | 2200-000 | NA | 3.92 | 3.92 | 3.92 |
| Associated Bank | 2600-000 | NA | 150.08 | 150.08 | 150.08 |
| Callero and Callero LLP | 3410-000 | NA | 802.50 | 802.50 | 802.50 |
| Northside Realty | 3510-000 | NA | 0.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,206.50 | $ 3,706.50 | $ 3,706.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | American Infosource Lp As Agent For | 7100-000 | NA | 5,938.37 | 5,938.37 | 5,408.77 |
| 2 | Cach, Llc | 7100-000 | NA | 1,648.48 | 1,648.48 | 1,501.46 |
| 3 | Fsb American Express Bank | 7100-000 | NA | 2,091.62 | 2,091.62 | 1,905.08 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,497.30 | 1,497.30 | 1,363.77 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 1,223.54 | 1,223.54 | 1,114.42 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 12,399.31 | $ 12,399.31 | $ 11,293.50 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-38900 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Ivan Sanchez | | | | Date Filed (f) or Converted (c): | 10/27/2014 (f) |
| | Zaira M Rodriguez | | | | 341(a) Meeting Date: | 11/17/2014 |
| For Period Ending: | 06/08/2018 | | | | Claims Bar Date: | 06/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 25223 Blakely Dr, Plainfield, Il 60585-6753 | 267,000.00 | 26,678.00 | | 15,000.00 | FA |
| 2. Chase Checking Account | 800.00 | 800.00 | | 0.00 | FA |
| 3. Furniture And Household Goods | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 4. Debtors Personal Clothing | 600.00 | 600.00 | | 0.00 | FA |
| 5. 2014 Tax Refund Estimated | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 6. 1998 Pontiac Trans Sport-V6 200,000 Miles | 500.00 | 500.00 | | 0.00 | FA |
| 7. 2000 Lexus Lx470-V8 140,000 Miles | 4,000.00 | 4,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $277,600.00   $37,278.00   $15,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Consulting with real estate broker re possible equity in debtor's homestead; Object to exemption based on ownership in debtor only - Joji Takada 2/5/2015

Retained broker to list real estate. - Joji Takada 6/5/2015

Compromise with Debtor re: interest in real estate. - Joji Takada 8/15/2015

Received last installment payment; Consulting with accountant re: tax return. - Joji Takada 12/22/2015

Accountant hired; Tax returns in process. - Joji Takada 7/27/2016

Tax returns in process. - Joji Takada 10/7/2016

Resolving tax issues. - Joji Takada 3/15/2017

Resolving tax issues. - Joji Takada 6/25/2017

Prepare TFR and distribution. - Joji Takada 9/28/2017

TFR prepared; UST review. - Joji Takada 12/15/2017

TFR approved; Checks issued. - Joji Takada 3/28/2018


Initial Projected Date of Final Report (TFR): 10/27/2016          Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-38900 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Ivan Sanchez | Bank Name: Associated Bank |
| Zaira M Rodriguez | Account Number/CD#: XXXXXX0072 |
| | Checking |
| Taxpayer ID No: XX-XXX9719 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/15 | 1 | Ivan Sanchez | Installment payment re compromise of primary residence | 1110-000 | $8,000.00 | | $8,000.00 |
| 07/17/15 | 1001 | Northside Realty<br>4753 N Spaulding Ave<br>Chicago, IL 60625<br>Attn: Saima Causevic | Payment to trustee professional<br><br>Appraisal fee for real estate broker | 3510-000 | | $500.00 | $7,500.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,490.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.14 | $7,478.86 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.76 | $7,468.10 |
| 10/26/15 | 1 | Ivan Sanchez | Settlement payment<br>Final payment re compromise of primary residence | 1110-000 | $7,000.00 | | $14,468.10 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.12 | $14,454.98 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.79 | $14,434.19 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.46 | $14,412.73 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.43 | $14,391.30 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.01 | $14,371.29 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.37 | $14,349.92 |

Page Subtotals:                     $15,000.00        $650.08

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-38900 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Ivan Sanchez | Bank Name: | Associated Bank |
| Zaira M Rodriguez | Account Number/CD#: | XXXXXX0072 |
| | | Checking |
| Taxpayer ID No: XX-XXX9719 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/18 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $2,250.00 | $12,099.92 |
| 03/20/18 | 1003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $3.92 | $12,096.00 |
| 03/20/18 | 1004 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $802.50 | $11,293.50 |
| 03/20/18 | 1005 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $1,114.42 | $10,179.08 |
| 03/20/18 | 1006 | Cach, Llc<br>4340 S. Monaco Street<br>2Nd Floor<br>Denver, Co 80237 | Final distribution per court order. | 7100-000 | | $1,501.46 | $8,677.62 |
| 03/20/18 | 1007 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $1,905.08 | $6,772.54 |
| 03/20/18 | 1008 | American Infosource Lp As Agent For Asset Acceptance<br>As Assignee Of Fifth Third Bank<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $5,408.77 | $1,363.77 |
| 03/20/18 | 1009 | Portfolio Recovery Associates, Llc<br>Successor To Citibank, N.A.<br>(Sears)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution per court order. | 7100-000 | | $1,363.77 | $0.00 |
| 04/09/18 | 1010 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Unclaimed Funds Reversal Incorrect amount; Check not printed. | 7100-000 | | ($1,504.46) | $1,504.46 |
| | | | Page Subtotals: | | $0.00 | $12,845.46 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-38900 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Ivan Sanchez | Bank Name: Associated Bank |
| Zaira M Rodriguez | Account Number/CD#: XXXXXX0072 |
| | Checking |
| Taxpayer ID No: XX-XXX9719 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/18 | 1006 | Cach, Llc<br>4340 S. Monaco Street<br>2Nd Floor<br>Denver, Co 80237 | Final distribution per court order. Reversal Claim #2 Cach LLC; Distribution check returned address undeliverable; No response from successor entity re: forwarding address for checks. | 7100-000 | | ($1,501.46) | $3,005.92 |
| 04/09/18 | 1010 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Unclaimed Funds Claim #2 Cach, LLC; Check returned address undeliverable | 7100-000 | | $1,504.46 | $1,501.46 |
| 04/09/18 | 1011 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Unclaimed Funds Claim #2 Cach LLC; Distribution check returned address undeliverable; No response from successor entity re: forwarding address for checks. | 7100-000 | | $1,501.46 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,000.00 | $15,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.00 | $15,000.00 |

Page Subtotals: $0.00 $1,504.46

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0072 - Checking | $15,000.00 | $15,000.00 | $0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |